MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted July 19, 1944; decided July 19, 1944.

*Lawrence Levine* for motion.

*William C. Goodson* and *John Potts* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, unless appellant serves and files undertaking on appeal within ten days, in which event motion is denied.